

# Case Assignment
## Standard Magistrate Assignment

Case number **1:21MJ-16**

Note: Judge determined by charging documentation.

Assigned on 1/19/2021 1:32:11 PM
Transaction ID: 49666

Return