# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) ) **PLAINTIFF** ) ) v. ) ) **DAMON MICHAEL BECKLEY** ) ) **DEFENDANT** ) ) | **Criminal Action No. 1:21mj-00016-HBB** H. BRENT BRENNENSTUHL, Magistrate Judge |

## ORDER

On the 19TH day of January 2021, this action came before the undersigned, via videoconference, upon Defendant's initial appearance after execution of an arrest warrant issued by the District of District of Columbia, Case Number: 1:21mj-00060-RMM. There appeared the Defendant, Damon Michael Beckley, in custody, via video, from Grayson County Detention Center. Assistant United States Attorney David Weiser was present, via video, for the United States of America. The Defendant consented to have this hearing conducted via videoconference. The proceedings were digitally recorded.

The Defendant acknowledged receipt of the Complaint and acknowledged an understanding of the charges contained therein. The Defendant was advised of his Constitutional rights including his right to be represented by counsel. The Defendant advised the Court he will retain counsel in this matter. The Defendant thereby WAIVES his right to Court-appointed counsel.

The Defendant was advised of his rights with respect to Rule 5 proceedings as well as his right to request transfer of the proceedings to this District pursuant to Rule 20 of the Federal Rules of Criminal Procedure to plead guilty as to the charges. The Defendant advised the Court he waives his right to an identity hearing.

As to the matter of detention, counsel for the United States advised the Court the United States is not seeking detention in this action. The Court having heard statements from the United States, having conferred with the United States Probation Officer and being otherwise sufficiently advised;

**IT IS ORDERED** the Defendant shall be released on a $25,000.00 unsecured Appearance Bond along with Order Setting Conditions of Release pending all further proceedings in this matter.

**IT IS ORDERED** the Defendant shall appear before United States Magistrate Judge Robin M. Meriweather at the United States District Court for the District of Columbia on **Wednesday, January 27, 2021, at 1:00 pm, EST,** via videoconference (Zoom). The Zoom information is attached to Defendant's Order Setting Conditions of Release.

ENTERED this  January 20, 2021

*[signature: H. Brent Brennenstuhl]*

H. Brent Brennenstuhl
United States Magistrate Judge

Copies to:    AUSA David Weiser
United States Probation
US District Court, District of Columbia

0|36