IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| PLAINTIFF | ) | Criminal Action No. 1:21mj-00016-HBB |
| v. | ) | H. BRENT BRENNENSTUHL, |
| | ) | Magistrate Judge |
| DAMON MICHAEL BECKLEY | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |

## ORDER

On the 20TH day of January 2021, this action came before the undersigned for a follow-up bond hearing.  There appeared the Defendant, Damon Michael Beckley, in person in Bowling Green.  Assistant United States Attorney David Weiser was present, via video, for the United States of America.  The proceedings were digitally recorded.

During the Defendant's initial meeting with United States Probation, questions arose regarding some additional conditions that needed to be placed upon Defendant that were not discussed at the initial appearance.  The Court conducted this hearing to review the conditions with Defendant and the United States.

**IT IS ORDERED** the Defendant shall be released on a $25,000.00 unsecured Amended Appearance Bond along with Order Setting Conditions of Release pending all further proceedings in this matter.

ENTERED this  January 20, 2021

H. Brent Brennenstuhl
United States Magistrate Judge

Copies to: AUSA David Weiser
United States Probation
US District Court, District of Columbia

0|37